**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami  Division**

**Case Number:**
**10-CIV-22744-MORENO/TORRES**

SR  SOUTH  BEACH  ONE,  LLC,  a  New  York
Limited Liability Company,

          Plaintiff,

    v.

CITY  NATIONAL  BANK  OF  FLORIDA,  a  national
banking  association,  as  Trustee  under  that  certain  Land
Trust  Agreement  dated  September  28,  2004  and  known
as  Trust  Number  2401-1772-00,  CSC  TRAYMORE,
LLC,  a  Delaware  limited  liability  company,  WAVE
TRAYMORE  L.L.C.,  an inactive  Florida  limited
liability  company,  PILGRIM  MORTGAGE
CORPORATION,  a Delaware  corporation,
PROBUILD  EAST  LLC,  an  inactive  Delaware  limited
liability  company,  CHOBE  INVESTMENTS,  INC.,
a Florida  corporation,  STEARNS  AND  ROBERTS,
P.A.,  a Florida  corporation,  FINE  LINE
MECHANICAL,  INC.,  a  Florida  corporation,  EAGLE
METAL  FABRICATORS,  INC.,  a  Florida  corporation,
JOHN  R.  ELWELL  CONSTRUCTION  CO.,  INC.,
a Florida  corporation,  LESLIE  SCHLESINGER,
individually,  JASON  SCHLESINGER,  individually,
ADAM  SCHLESINGER,  individually,  and  LCS
INCOME TRUST,

          Defendants.

          _____/

**MOTION IN LIMINE TO EXCLUDE TESTIMONY OF RICHARD SCHLESINGER**

        Plaintiff SR South Beach One, LLC ("SR South Beach") submits this Motion in Limine,

seeking to exclude any testimony of Richard Schlesinger at trial, and in support thereof states:

        While this motion in limine is implicitly included in SR South Beach's previously filed

Motion in Limine Regarding Rule 26 Disclosures **[ECF No. 139]**, to prevent any possibility of

surprising Defendants, SR South Beach specifically moves to exclude any trial testimony of Richard Schlesinger.

SR South Beach believes that City National Bank, CSC Traymore, LLC, Leslie Schlesinger, Jason Schlesinger, Adam Schlesinger, and LCS Income Trust (collectively, the "Borrower Group") will seek to introduce the testimony of Richard Schlesinger at trial. The reasons justifying the exclusion of Mr. Schlesinger's testimony are straight forward.

Mr. Schlesinger is an long time real estate developer who is the father and spouse of the guarantors; however, he is not a party to the instant litigation. Nor is he an officer, director, or an owner or stakeholder of any party to the litigation. His name does not appear on any of the Loan Documents at issue in the litigation. The Borrower Group has acknowledged Mr. Schlesinger's irrelevancy by vigorously opposing John R. Elwell Construction Company, Inc.'s ("Elwell") discovery directed toward Mr. Schlesinger. The Borrower Group noted in its objections to Elwell's discovery:

> "Defendants also object to [the] definition of "Borrower to the extent it includes Richard Schlesinger….Richard Schlesinger is **not** a Borrower under the loan transaction at issue in this litigation, and, moreover, is **not** even a party to this litigation." **[ECF No. 86-1 at ¶ 5]** (emphasis in original).

Borrower Group also objected to discovery from Mr. Schlesinger on Rule 26 grounds. **[ECF No. 86-1 at ¶ 6]**. The Court sustained the Borrower Group's objections to Elwell's discovery requests to former plaintiff OSM-REO Traymore, LLC, thereby precluding any discovery from or about Mr. Schlesinger. **[ECF No. 141]**.

The Borrower Group cannot have it both ways. After failing to disclose Mr. Schlesinger as a person with knowledge in mandatory Rule 26 Disclosures, and after affirmatively seeking to preclude specific discovery from or about Mr. Schlesinger, equity dictates that that the Borrower

Group be prohibited from introducing any testimony by Mr. Schlesinger at trial.   Similarly, because Rule 26 disclosures related to Mr. Schlesinger were not provided and, in fact, objected to, Rule 37(c)(1) of the Federal Rules of Civil Procedure mandates exclusion.[1]

### CONCLUSION

For the reasons stated above, the Court should exclude Mr. Schlesinger's testimony at trial.  The Borrower Group itself has acknowledged that Mr. Schlesinger's testimony is irrelevant to loan transaction at issue here.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion in Limine and for such other and further relief as this Court deems appropriate.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY (US) LLP
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131-2398
Tel.: (305) 577-7000
Fax: (305) 577-7001

By:      /s/ *Jason Daniel Joffe*
          Alvin B. Davis
          Florida Bar No. 218073
          adavis@ssd.com
          Andrew Russell Kruppa
          Florida Bar No. 63958
          akruppa@ssd.com
          Jason Daniel Joffe
          Florida Bar No. 0013564
          jjoffe@ssd.com
*Counsel for Plaintiff SR South Beach One, LLC*

---

[1] SR South Beach's rule based analysis for the request relief is more fully explained in its Motion in Limine Regarding Rule 26 Disclosures.  **[ECF No. 139]**.

## CERTIFICATE OF SERVICE

I Hereby Certify that on February 22, 2011, I electronically filed the foregoing with the Clerk of the Court.  I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe

## SERVICE LIST

Brian K. Hole
HOLLAND & KNIGHT
515 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 468-7910
Fax: (954) 463-2030
brian.hole@hklaw.com
**Counsel for OSM REO Traymore, LLC**
*Via ECF Filing*

Mark. F. Bideau, Esq.
Patrick Glenn Dempsey, Esq.
Greenberg Traurig, P.A.
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Ph. (561) 650-7900
Fax (561) 655-6222
bideaum@gtlaw.com
dempseyp@gtlaw.com
**Counsel for City National Bank of Florida, CSC Traymore, LLC, Leslie Schlesinger, Adam Schlesinger, Jason Schlesinger and LCS Income Trust**
*Via ECF Filing*

Lee A. Weintraub, Esq.
Becker & Poliakoff, P.A.
Emerald Lake Corporate Park
3111 Stirling Road
Fort Lauderdale, FL 33312
Ph. (954) 985-4147
Fax (954) 985-4176

Email: lweintraub@becker-poliakoff.com
**Counsel for John R. Elwell Construction Co., Inc.**
*Via ECF Filing*

David M. Hawthorne, Esq.
Akerman Senterfitt & Eidson
Las Olas Centre
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
954-759-8930
Fax: 463-2224
Email: david.hawthorne@akerman.com
**Counsel for Probuild East LLC**
*Via ECF Filing*

Pilgrim Mortgage Corporation
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301
*Via U.S. Mail*

Chobe Investments, Inc.
c/o Ian T. Kravitz, Registered Agent
1300 Sawgrass Corp. Pkwy., Suite 100
Fort Lauderdale, FL 33323
*Via U.S. Mail*

Stearns and Roberts, P.A.
c/o Michael E. Stearns, Registered Agent
1000 Sawgrass Corp. Pkwy., Suite 552
Fort Lauderdale, FL 33323
*Via U.S. Mail*

Fine Line Mechanical, Inc.
Joseph D. Hummel, its Registered Agent
3071 N. Dixie Highway
Pompano Beach, FL 33064
*Via U.S. Mail*

Eagle Metal Fabricators, Inc.
c/o Thomas P. McDonough, Registered Agent
4300 SW 59th Avenue
Fort Lauderdale, FL 33314
*Via U.S. Mail*

G. Foster Contracting, Inc.
c/o Gary Foster, its Registered Agent
2200 S. Ocean Lane
Fort Lauderdale, FL 33316
*Via U.S. Mail*

MIAMI/4263673.5